**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN HART** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 22-2425** |
| | : | |
| **STEPHEN PARKINSON** | : | |

# ORDER

**AND NOW**, this 29th day of July 2026, upon considering defendant's motion to dismiss (DI 31), plaintiff's opposition (DI 33), defendant's reply (DI 34), and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion to dismiss (DI 31) is **GRANTED**. We **dismiss** Mr. Hart's claims without prejudice to bring them if, at some point, Mr. Hart can show that he can meet *Heck's* favorable termination requirement.

John F Murphy

**MURPHY, J.**